Good morning, your honor, your honors. May it please the court, my name is Scott Coulter and I represent the appellant Jabrell Smith. With the court's permission, it would be my plan to begin discussing the trial court's failure to instruct the jury on the lesser-included offense of simple possession of heroin. The Keebles v. United States defendants entitled to an included offense if the evidence would permit a jury to rationally find him guilty of the lesser offense and acquit him on the greater. The district court must give an instruction on simple possession when proof of distribution is sufficiently disputed to allow the jury to convict the defendant on simple possession. That was in the United States v. Baker 1993 Fourth Circuit case. So we can we can we can all agree on the general law that a defendant is entitled to instructional lesson included offense if it would permit the jury to find him guilty of a lesser offense and acquit him of the greater one. But what that means in drug possession cases has taken on a whole different light. We've got cases all over the board on this or at least going in we've got a number of cases Levy, Baker, Wright would be just three that I can think of right from the beginning. So discuss if you will the state of the law at least in our circuit on what when a jury would be required or the judge required to submit a lesser-included offense in drug cases. And I maybe I could I forget but I don't know why there's such a differentiation in drug cases than others other than you know maybe there's a policy but maybe I'll get back to that. But if you will in the context here because I think that's the hurdle or at least the main challenge we deal with in this particular case is should the judge have given that lesser-included offense to the jury. Your Honor it was some somewhat confusing when I went through it initially at the trial court level but it's it's fairly well laid out in a unpublished opinion that United States versus all 397 federal appendix 860 Fourth Circuit case in 2010. When you say fairly well laid out are you saying it explained the other cases or it itself made something because you know it's not binding as an unpublished opinion. Correct. So tell me lay it out for us what the state of the law is and because there are some tensions here and there and why it is your particular case this case should be sent back on the lesser-included offense. Yes Your Honor. The beginning in 1981 there's a case United States versus Senate where the defendant asked for a lesser-included offense where he was charged with possessing 15 tons of marijuana in a rat case was he was denied and the district court was affirmed because the amount involved was too large for a rational dispute. That underscores the whole thing. We have given district courts a large discretion on whether they issue instructions in general but a lesser-included instruction in particular. There's a reason for that because instructions have to rest upon a bit of evidence and the best person in the best position to understand the strength of the evidence is the trial judge who's actually sitting there and me if there are any kind of issues on which we would accord the district judge some respect it would be on an instructional issue with a lesser included and it's it's an abuse of discretion standard for a very good reason and here there was expert testimony which indicate that indicated that there was that the amount in issue was far in excess than the amount needed for simple possession. It might be theoretically possible for someone to possession as a matter of mere possession but he said well it would probably kill you if you if you did and when you combine that with the text messages here and the firearms and the fact that Smith's DNA was consistent with the DNA on the discretion for a district court not to give this kind of instruction and particularly even when there's no lesser included offense instruction the prosecution undertakes a real risk because it's still got to approve the higher offense. A lot of times the prosecutor may have may have overcharged and if there's no lesser included instruction the prosecutor may end up with all or nothing. Maybe nothing but but but what I'm saying is this is a trials and the district courts assessment of the strength of the evidence here particularly when there's enough when there's sufficient evidence to indicate that this individual was in possession of a far greater amount than was needed for his personal use and that's not to even mention the text messages and the firearms. Yes your honor however the Fourth Circuit has reversed the trial court on this issue on at least two occasions in United States versus Levy defendant possessed eight-tenths of a grams of 100% pure cocaine and 4.75 grams of 95% pure cocaine worth $14,000. The Fourth Circuit indicated that the court was required to give an instruction in United States. So that's what I really think is important you know I agree we respect the trial judge and what the trial judge has done what I'm concerned about is what we've said to the trial judges in doing it and you point out the Levy case and then there are cases that deal specifically and seem to indicate quantity alone may be not enough. You've got the Baker case in which there is some division that court revisited that issue and in that case found that severe cocaine addiction would give rise could give rise to the instruction and then you've got you've got even the right case that comes up and that deals with it again you got a quantity versus a situation quantity is not the only one and you've had cases in which you've had higher doses I mean Smith had only 20 to 30 doses of case and said it was possible this amount could be for personal use this expert the same experts is possible that could be personal use you know and he's given this testimony so the question and that's why I'm saying in drug cases this thing is not so cut-and-dry it is if we go back and look at our precedent on it some of it which looks like there's dictum and footnotes and Levy there's all kinds of stuff and then you've got the Baker case quoting the the DC Circuit Court case and that case said that there's any evidence fairly tending to bear upon the less included offense however weak that evidence may be we quoted that language and baked in Baker and you know if we're going to be consistent in the way we apply law and whether we go one way or the other we on the appellate court I'm not talking about the trial court in his discretion and giving him respect oh well and good but respect on what respect for what we are saying if it's not if it's not said in a consistent way so the state of the law on this thing is not so solid or so consistent as a say well this is exactly what it is we can cherry-pick cases and say oh well because of all of the state of the law at all I mean every cases with quantity is not definitely different so that's what I'm going at and saying where are we in the state of our law here in terms of making this determination of what it is the trial judge should do that's what we ought to do to trial judges we ought to give them something that is solid and consistent instead of cases bouncing all over the place and from time to time we need to take it on back to give that ultimate consideration so that we don't have these cases that are in conflict because judges do have different opinions and that is acknowledged that we have different opinions that if we get a chance to write a case maybe it goes one way and the other side goes the other way but ultimately we as a court need a uniform way in which to deal with these kind of cases and drug cases has really been a forefront of a lot of these issues so that's where I was going with this in terms of tell us the state of the law here and how does it fit within those cases I would submit that the best statement comes from United States first levy where the the store the court indicates if a question of distribution is capable of two answers the lesser included offense instruction is appropriate you know there have been an equal number of cases where we've said that these cases depend on its on their facts that district courts with respect to instructional issues are best capable of assessing facts and you can't you know all of these evidentiary questions you can't script them all on appeal you can't the factual variations and the different circumstances and the weight of the different testimony you this is part of the problem I have is that we try to take over too much of a trial judges function when that depends crucially on the trial judges eyes and ears and you cannot script it you cannot you cannot find a particular set of criteria this badness we all know what the set of criteria are it's the amount it's surrounding circumstances presence of firearms any kind of text messages but you know the cases vary from one set of facts to another and it just is one of the difficulties with appellate judging is we continue to want to make ourselves in the fact finders or trial conductors you cannot script that. I want to express my agreement with Judge Wilkerson on that so it's not misunderstood I agree with Judge Wilkerson the problem we have as appellate judges is we sit in three judge panels and we issue different opinions that's the issue I want to address here I agree with it if you had one panel that gave all the answers and it was the same on down and the judge didn't deal with it that's it I'm not addressing the trial judge here what I'm saying is the same concern we need to give the trial judge consistent information and these cases whether there's a bunch of them that go this way or bunch go that way you can't just give the trial judge a chance to cherry-pick them you need to give consistent information on this can I ask a question which I think goes to sort of what we're talking about what standard do you think the district court should have applied in answering this question should there be an instruction your honor what did you argue for in your brief I thought your brief was saying that what the district court should have done following Hall basically was given instruction on simple possession if the proof of distribution is sufficiently in dispute to allow a jury to convict on simple possession is that the standard that you would have us use yes your honor and the hall standard okay and your honor special agent raising the government's expert indicated that 3.32 grams of heroin could be a user amount he also indicated that the fact that the user amount that suggests that there are two possible answers now special agent raising a pine that it was a distribution amount but that doesn't mean that there aren't two possible answers to that question and when that occurs just I just want to nail this down because I totally agree with both of my colleagues there's a lot going on in this case and we've said a bunch of different things but for purposes of this case as I understand it and I will ask your colleague this as well both of you are arguing apply the sufficiently in dispute standard and then you come out different ways under that standard and that's what we're here to talk about again I go back to the quote in United States levy if the question of distribution is capable of two answers the lesser included offense is appropriate and I'm out of time here well it's not those are not the two answers we're talking about the question is whether it's sufficiently in dispute you've got things like you know that the expert testimony and other things but that's a judgment call as to whether something sufficiently in dispute it cannot be other than a judgment call which is why I'm so reluctant to try to fine-tune it and write a set of universally applicable principles which break down into the practicality of a trial proceeding at any rate we need to hear both sides of this so Mr. Alsop let's hear from you morning your honors may it please the court I think the government would agree with judge win that the law is somewhat unsettled given what the this court's various panel opinions look like we would also agree with you judge Wilkinson that there's a heavy amount of discretion afforded any trial judge dealing with a range of factual issues that cannot be script if I could answer judge wins question first as the state of the law essentially we took the tack in our brief that it would be easier for the defendant to meet his burden of saying the lesser it should have been instructed in this case by using bake and bakers holding as the court has already discussed is sufficiently in dispute to allow a jury to consistently find the defendant innocent of the greater and guilty of the lesser offense Baker relies very heavily on the DC Circuit case gives gives facts are a little different there were a number of individuals in a car a firearm or two and 15.5 grams of crack and that's it and then gives although we agree with your assessment your honor in Gibbs that there's some pretty excuse me light language saying well if there's a reasonable reasonable dispute here and the and as mr. Coulter said it could be decided in two ways then the judge should give that instruction in our view the consistently in dispute language in Baker we don't believe we look at Baker is like a thrust threshold analysis sort of like a gatekeeping analysis where oh why don't you go why don't you go over the evidence here that led the district court to regard this as a distribution case go over the particulars the particulars were this and the district court did a went on for about this in four pages between the joint appendix in 833 to 837 but the trial evidence was essentially this corporal Buchanan had talked to a number of heroin users in his career and come across them knew what they used is knew what they use for user paraphernalia he did not find any of those things in the car period he also made an assessment is that what you would say is that what he meant when he said that drugs weren't packaged in vandals for individual sale corporal Buchanan did say that but he also said it was a large bag as I recall but he did say that but and then there were no scales of weighing paraphernalia on him and this defendant didn't have any cash on him that's correct your honor so that in addition to the in terms of simple possession the fact that there was 20 to 30 doses and even the expert said that could be for personal use so that's the the question that we now come to and I think judge Wilkinson are there and the divide may happen there what I want to be clear on is we're not divided on the law that the law is what it is if we interpret it differently that's one thing but it's but at this point if Baker is the guiding principle that the parties agree and I don't disagree with that at all but and then we move to the consider this then the question is is this evidence that we just talked about would be sufficient to require the judge to to submit it to a less included offense I mean I don't want you to canvass that evidence and including the fact that the expert didn't say oh yeah this is would be fine for personal abuse since you kill yourself if you try to use that amount go over just go over the evidence here that led the district court to decline to give the instruction so yes yes your honor and I'll do that and so my answer to your question judge Wynn is no under this the evidence we have which is essentially this corporate Buchanan didn't find any pair of user paraphernalia in the car corporal Lowe who has also come across heroin addicts in his career did not find any user paraphernalia in the car very specific to heroin users needles tubes tourniquets belts I'm so sorry I know you want to get your evidence but this goes to just almost like the one kind of conceptual question I have about this case in your brief as I understand your position you were sort of saying go with sufficiently in dispute we're not going to ask you to apply the suggestion coming out of right that there needs to be affirmative evidence of personal use to get the instruction we're not arguing that we're just saying sufficiently in dispute but you are saying that when we consider whether the distribution evidence where the case for distribution is sufficiently in dispute one of the factors we should look at then is whether there's evidence of personal use because if there's not that makes the distribution case stronger yes and I would say that's supported even in Baker because Baker relies on I do understand what you're saying I worry that that's sort of bringing this kind of right test the alleged right test that you need the affirmative evidence of personal use just kind of right back in through the back door and I don't think we're trying to intend to do that if I could answer that question shortly the district court consistent with what the court didn't gives is the district court looked at I think the district court's terms were the totality of facts and what the what what the court in Gibbs said is viewing the evidence as a whole and finding that the that the instruction should have been given in Gibbs as well as in Baker so if the court is inclined to clarify Hall and Wright and Levy and Baker that is the way to do it because when we're looking at a lot of things and especially at the appellate level we're talking about the totality of circumstances so I guess that's a roundabout way of answering your question your honor but I totally understand it yes yes I got you and if I could just continue with the evidence there was Corporal Buchanan Corporal Lowe not to mention the defendant's own statements and Mr. Coulter and I disagree about the import of those statements but Mr. Smith had a prior heroin PWISD heroin drug charge that had happened to him shortly before this incident or at least he was convicted of it then and essentially that I lost my train of thought I'm sorry but essentially that we also have the the he made statements the effect of he knew what the trafficking amount or the thresholds were in the state that would potentially increase his penalty for state crimes so our interpretation of that was that he well knew the types of distribution weights that could get him into further trouble so let me ask you in doing this because I think we could and should go through the evidence but we clearly are not going to weigh that evidence so we're not going to talk about how much he talked about what supports distribution versus what possession is that that can't be the way that sounds like a jury determination so I'm wondering should the approach be you should refute or say there's nothing here to show he should get possession whereas the defendant says you've got evidence here to show that this was personal use and the question is did that arise to the level that the judge should submit it if we get into a weighing of it we're gonna talk oh yeah he's got quantity he's got this this here's here's here and then you got possession possession judge got discretion he can go one way the other that's that's not the way it's done is it isn't it more of determination from and when you look at baker and you look at gives you're focusing on what is the evidence that the defendant says gives rise because he's requested this instruction so is there evidence to support that instruction so as part of in answering that question judge as part of the special agent the expert witnesses testimony we got out on direct we wanted to flesh that out and we said is it possible that this could be used away and he basically gave circumstances under which it could be to as your honor would expect remove the sting of that on cross-examination mr. Coulter also went under that one also went into that with special agent Razzak and I guess my answer to the court's question is it's very simply this special agent Razzak said well yes it's possible it's hypothetical in this case it was a qualified answer and he said it's possible in the world of world but it's not possible based on my review of this case so we think that that leans more the totality analysis and doesn't put mr. mr. smith sentiment about lesser included consistently in dispute such that he can know that that really crosses over question till you get into the ultimate question and the expert does expert has a limited they can give you their opinion as to what it is but when it gets to this specific case it's helpful to some degree but ultimately that gets back into the trial judge and to the jury in this case the weighing of it and so when you say he the expert says it's possible it could be you put that in conjunction with other evidence that the he says they were they usually put them in bundles they weren't in bundles for sale he had no scales he had no weighing paraphernalia on him and he didn't have any money on him and even where you come up with the the drug paraphernalia he didn't have anything like a spoon or syringe which would indicate he's a user but you know when you go to say he's got a four crack cocaine pipe that's back at house that's not on him so you know it's this is why these cases get different and be honest with me i don't know why we have such a different rule for drug cases than other cases why don't we just put the general law how you determine a less included offense and just deal with it in the same way i i realize the court has some things or going away but the law should have some consistency in it and here i think you candidly admitted from the beginning and i i don't see how you can not say it there's some serious inconsistency in our state and i'll in the state of our law in this circuit when it comes to drug cases i'll say this judge i think the court did a very the district court did a very good job analyzing it with all the cases uh it had in front of it the the district court reference right the different district court reference baker and if that's the case your honor we can't say it would not be our position if he considered everything he possibly could have including the evidence in this case uh i don't think i'm going to fall on the sword and say the court abused its isn't it true that a district court judge says as well as you're going into the jury function but isn't it true that a district court always has to assess the strength of evidence and deciding whether or not to give an instruction that's what district courts routinely do and in this case you can start you know on this little piece of evidence or that but the point is it is a totality of a circumstances analysis it doesn't just depend on the absence of personal abuse paraphernalia it doesn't just depend on that that is one of many factors it doesn't depend purely on quantity but that is also one of many factors it doesn't depend exclusively on the presence of a firearm but that is also one of the factors it doesn't depend exclusively on the text messages that were being sent but that was also one of the factors and you have a district judge here that is taking a holistic view of the evidence here with respect to distribution and saying as a matter of his observation of the trial and hearing of the evidence that the evidence here points quite decidedly toward distributional activity and you know that it is a routine call it is a routine call and we cannot keep stripping away from trial judges the kind of superior perspective that they gain from being on the court way too often and this is you know this is the kind of thing that district judges do every day and they are very good at understanding the strength of certain pieces of evidence they're not totally left on their own of course but they're they're veteran observers of these kinds of things. Judge Harris what did you? I we can't hear you Judge Harris. Your honor I can't hear you. I'm so sorry I'm always trying not to make noise with my papers sorry I'm just wanting to follow on Judge Wilkinson and talk about what the district court did in this case because I do agree there's a lack of clarity in the law here it would be good at some point to resolve it perhaps to synthesize it in the way you suggest but in this case it looks to me as you say that the district court basically read our hall opinion said there's this conflict or tension I think we called it in the law right suggests you need affirmative evidence these other cases say no no it's sufficient it's enough to get an is sufficiently in dispute and then applied that standard the the hall standard sufficiently in dispute and said under that standard I am finding on the facts of this case the instruction is not warranted. If we think that the sufficiently in dispute no requirement of personal use is the the sort of defendant friendly standard that you could pull from our cases then the only question right is whether the district court abused its discretion in the way it applied that standard to these facts right is that the question in front of us? In our view it would be and and we we asked this court to give due deference to that and I think one thing that I might add is we're not we're not talking we're talking about a hypothetical user we're not talking about any of the people in the car with Mr. Smith we're not talking about Mr. LeGrand we're not talking about Mr. Staton so and and as I recall from Mr. Coulter's closing argument when he was discussing the heroin and whether Mr. Smith knew it was there because they had just gotten out of the club and into Mr. Staton's car he said whoever possessed it so I I think that's also a fact that the the court could take into consideration it wasn't as if anyone in the whole case uh could be pegged as a user and that just goes back to maybe this idea from Gibbs which Baker looked at uh is that it's more of a totality analysis and and there will be cases as as your honor suggests where users will be around or or implements of of user activity may be around in some cases not uh I don't I don't disagree that the standard and Hall should be the law Hall was an unpublished case did it create a standard that was different or did it articulate something different than what's in the published opinions your honor my my reading on Hall is it that it noted uh it noted this uh I think what Hall said was that Wright seems to depart from the principles we set forth in Baker and said in any event we're not going to resolve that conflict because there were scales in the car and to that panel the scales were determinative um in much the same respect that we would say that the the panoply of evidence available the text messages the defendant's own statements the law enforcement officers there uh the the experts testimony in this case if there's a if there's a tipping of the scale as it were in Baker or or I'm sorry in Hall where scale was enough our view of the cumulative evidence would be that Mr. Smith was not entitled to a less lesser included under the sufficiently in dispute approach well it becomes difficult when you got an unpublished opinion that says Baker is in conflict with Wright and then it articulates something and then it goes unpublished maybe because you can't really resolve disputes with another panel's opinion um it's it's part of why I say there there's a problem here with our law in following it and I do I do feel a strong uh having been involved in the trial process for many years uh a need for lawyers as well as judges who before the trial could to understand the clarity of the and we cannot escape as appellate judges the fact that we have written these laws albeit maybe to the dissatisfaction of some judges to other judges because everybody has different opinions but when we we ultimately the law should have clarity and to to dance around it and pick out the cases we like even now or to or to lift up language that more favors our position on it doesn't resolve it and uh it won't give you clarity and that's probably why you even as the prosecutor are sitting here saying it's not just the defense counsel is me too trying to understand when to do this stuff uh and you know maybe there's a way we can clarify the law but I'm I'm not disagreeing with the the force of abuse of discretion for the judges or for how the trial judges that I'm really concerned about the law and what we have here and how we uh you know our aim is to try to resolve in our opinions we don't want to say a court referral we can't even do it we can't we can't overrule them as a panel but then in the effort to try to resolve it we write in nuanced ways ways to get around about cherry picking little facts and lifting up that fact significant in this particular case there's something wrong with that the law needs to be consistent and this circuit needs to make this law consistent on these points and but I appreciate your candor in bringing that out and uh I really appreciate the way you approach this case it's a very thoughtful way baker may well be the way to go you mentioned gears but gives us a pretty strong case and baker quoted it that language that quoted is wow that's not in this circuit but but bake but they put it right there in front of us so uh we need to resolve this and we need to resolve it in a way so that lawyers as well as trial judges because ultimately you know we talk about trial judges and their hard job try being a lawyer when your license is at stake as a defense counsel for not doing something or prosecutor where you where you have to deal with reversals this stuff when you can get rid of this issue the ultimate question is you know if you give it to the jury this issue the lesser the committed let the jury if there's enough the judge says is enough or not enough to do it and it is resolved and we don't end up going back and forth on well you didn't put the less included offense up there even because of these other things so I my heart's out to you guys because you practice law and while I'm I'm very sensitive to trial judges I know this starts in those law offices in those prosecutors office of what to do and we ought to help you by clarifying the law if I could conclude just with the point that if the court is inclined to rule adversely in terms of whether the district court abuses discretion on this point I'd just like to put in a brief plug to say to the extent the court has considered the other arguments if there's any issue with the sufficiency of the evidence then the lesser included instruction would only affect the possession with the intent to distribute heroin account and the 924c charge and we'd ask the court to otherwise affirm the title 26 offense in the 922g other than that I'll rest on the briefs your honors. Mr. also isn't there a danger of trying to convert essential factual and discretionary issues into matters of law doesn't that work in the respective responsibilities of trial and appellate judges? Your your honor I'm sorry your microphone cut off at the very beginning when you said isn't there a danger and then I I couldn't hear the a little bit. Isn't isn't there a danger of taking matters of evidentiary discretion and fact finding and other things and trying to make them into propositions of law trying to do it all up here doesn't that work a sea change over time in the roles of trial judges? Yes your honor and if the court I know I'm well over my time now but I'll try to answer that question as briefly as I can. The sea change for drug cases would be this in almost every case we you know as a prosecutor as the representing the United States in almost every case when there are lower drug quantities almost every case would have this issue in and so that's why we'd advocate for the baker approach with a consistent emphasis on the consistent emphasis on making sure that the trial judge knows that they have to for the lesser included to be given the defendant has to be it has to be consistently that the defendant would be convicted of the lesser offense and not of the greater so we in the totality of those facts we just wouldn't want a rule as as Judge Wynn as you indicated and you also Judge Wilkinson we wouldn't want the exception to swallow the rule because this could affect a whole lot of just when you come back down to it I cannot understand what in the world the district court did wrong here and this is another thing you know people that that follow our law and use the whole question of sufficiently in dispute and then applied the totality of the circumstances to it the call here was so routine and it was just the application of a standard of law for particular facts that's all you know trying to get perfect clarity is like chasing a mirage it's always just over the horizon and at a certain point you have to say trial courts you know what the general standard is now apply it to the facts of the case and bring your own we think that's exactly what the trial court did here Mr. Coulter thank you your honor you have some rebuttal time yes your honor um are you abandoning your fourth amendment claim or I'm not I would like to address that briefly after I make a couple of comments the I'd start with a quote from United States versus Levy which said any rational dispute about evidence regarding distribution requires resolution by the jury I think the trial court in this case did view the evidence and conclude that the evidence pointed decidedly toward distribution but that's not the standard the standard is whether evidence was indisputable and it was not there's as I said special agent Razik said that 3.32 grams could be a user amount was not packaged for distribution there was no scales no money that makes that makes it disputable and that's something the jury should have decided uh with regard to the uh fourth amendment issue uh we've exhaustively briefed that for the most part uh however uh since our briefs uh the fourth circuit is issued a decision in the United States versus cloud uh 994 f third 233 um and the government has submitted that as supplemental authority as to I would indicate that it uh affects Mr. Smith's case in a couple of ways number one in that um when the court analyzed uh the cloud case Todd was never treated as a mere pedestrian even though he was inside the hotel room when the police walked in the Dodge Avenger um he was not in the vehicle at time he denied ownership uh but it appeared although it was never explicitly stated that the court presumed him to have standing um uh to to contest the seizure um similarly in this case um Mr. Smith was uh not was Mr. Smith was in the uh convenience store at the time at the um when the seizure occurred by a show of authority trial court found at least seven to eight officers were present and demonstrated an overwhelming show of force the second thing is the cloud court's analysis of uh submitting to authority um it said that submission need not be explicit it can take the form of passage acquiescence as in the Brenlin case Mr. Smith remained where he was and uh waited for the police inside um with regard to uh reasonable uh suspicion um the court determined that the uh detective Buchanan called in the wrong license plate number uh but that his mistake was reasonable uh then it would contend that it was not a reasonable mistake the undisputed evidence was that Sergeant Flowers called out the um correct license plate number to the street crimes unit members at an early stage of the surveillance that Detective Mayo and Detective Buchanan's vehicle pulled within six to eight feet behind the uh Impala that the defendant was a passenger in that both had a clear unobstructed view of the license plate um and that Detective Mayo correctly uh understood saw the correct license plate number we'd argue that um that Detective Buchanan's mistake was not reasonable question is not whether his testimony was credible whether it was an honest mistake the question is whether it was a reasonable mistake let me ask you about that because that is interesting you initially have the right license plate uh called in and then ultimately uh you know when you get the around him I guess he calls in the wrong one misses out of the letter gets the readout that plate does not match up with this car as I understand that becomes then the basis upon which the police officer can then conduct a stop of the other car in the search of it and so my question is is there any and I'm thinking about how significant it is if an calls in the wrong number and it identifies the wrong car and then you can then proceed on as though now he's driving a car with a wrong license plate on it is it reasonable for an officer to rely on just that one statement that's not the car which I'm sure they do all the time uh but is it reasonable and and that is the only reason you can stop rather than asking where here's the license plate number are you sure it's this number here and you're saying that doesn't match up I mean it seems like that's one sentence to do that or or because it's the basis to do something based upon you making a call in and it is reasonable that someone can get that number wrong but what's not reasonable is how you going to treat it as though doesn't matter if I got it wrong uh because I in faith called it in and that's what it is you can say that later on and and that's the part about this I mean you want to try not to get in the business of police officers when they're making split-second decisions but when that decision is the whole basis for you doing something that that allows you then to to to to to not uh respect the constitutional rights of someone it seems like it's a small step of some level of verification uh to do it and but I take it it's routine this is how this is done is that correct yes your honor and I'm over time if I could briefly answer the question um your honor there was although they had plenty of detective Buchanan had plenty of opportunity to do so he did not verify the license plate even when the car was seized the uh officers did not verify the license plate initially they went up to search the car even though it was empty well but the whole question here was the antecedent question of standing wasn't it yes your honor and like I've indicated that's why I think cloud is such an important case all right thank you very much thank you we appreciate your arguments and hope you have a good afternoon and um thank you for appearing before the fourth circuit this honorable court stands adjourned until this afternoon god save the united states and this honorable court
judges: J. Harvie Wilkinson III, James Andrew Wynn, Pamela A. Harris